IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: APPOINTMENT OF KEZIA O. L. TAYLOR AS A )
UNITED STATES MAGISTRATE JUDGE FOR THE )
WESTERN DISTRICT OF PENNSYLVANIA )

2:23 MC 1399

## ORDER OF COURT APPOINTING UNITED STATES MAGISTRATE JUDGE

Pursuant to the authority conferred by Title 28, Unites States Code, Section 631, *et. seq.*, and the authority granted in action taken by the Judicial Conference of the United States, it is hereby

**ORDERED** that Kezia O. L. Taylor is appointed as a full-time United States Magistrate Judge for this District, resident at Pittsburgh, Pennsylvania, at the annual salary of the position as fixed by the Judicial Conference of the United States. United States Magistrate Judge Kezia O. L. Taylor shall commence the performance of her duties on the 22nd day of December, 2023, upon taking the oath or affirmation prescribed by Title 28, United States Code, Sections 453 and 631(g), and shall hold and discharge the duties of her office for a term of eight years from the date of this appointment, subject to the provisions of Title 28 United States Code, Section 631(e), unless sooner relieved.

The Clerk will cause a copy of this Order to be entered upon the record of this Court and shall forward a copy of this Order and the appropriate documents of appointment to the Director of the Administrative Office of the United States Courts.

**DONE AND ORDERED** in Chambers in Pittsburgh, Pennsylvania this 22nd of December, 2023.

MARK R. HORNAK
Chief United States District Judge

C: Honorable Michael A. Chagares, Chief Judge, Third Circuit
   Honorable Roslynn R. Mauskopf, Director, Administrative Office of the United States Courts
   Joseph Phillips, Chief, Judicial Services Office, Administrative Office of the
      United States Courts
   Margaret A. Wiegand, Circuit Executive
   Brandy S. Lonchena, Clerk of Court